THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM CURTIS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case Number: 07-MS-36-PLF |
| | : |
| CORRECTIONAL MEDICAL SERVICES, et al. | : |
| | : |
| Defendants | : |
| _____ | : |

NOTICE OF CHANGE OF ADDRESS OF ATTORNEY

The Clerk of the Court will please note the change of address and phone number of Carol E. Burroughs:

    Carol E. Burroughs
    Assistant Attorney General
    for the District of Columbia
    Office of the General Counsel
    D.C. Department of Corrections
    1923 Vermont Avenue, N.W.
    Washington, DC  20001
    Telephone:  202-671-0088
    Facsimile:  202-671-2514
    Email:  carol.burroughs@dc.gov

Please delete Edward J. Taptich as a recipient of my electronic filings and add Maria C. Amato.

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General
    for the District of Columbia

    David Rubenstein

Deputy Attorney General
Public Safety Division

Case 1:07-mc-00036-PLF    Document 2    Filed 02/16/2007    Page 2 of 3

/s/ *Maria C. Amato*_____
Maria C. Amato [414935]
General Counsel
D.C. Department of Corrections

/s/ *Carol E. Burroughs*_____
Carol E. Burroughs [415432]
Assistant Attorney General
for the District of Columbia
1923 Vermont Avenue, N.W.
Washington, DC  20001
Telephone: 202-671-0088
Fax:  202-671-2514
Email:  carol.burroughs@dc.gov