UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

FILED

MAY - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WILLIAM CURTIS,)
)
   Plaintiff,)
)
v.)
)
CORRECTIONAL MEDICAL SERVICES,)
et al.,)
)
   Defendants.)

~~Civil Action~~ No. 04-3409
(United States District Court
for the District of New Jersey)

CASE NUMBER  1:07MS00036

JUDGE: Paul L. Friedman

DECK TYPE: Miscellanous

DATE STAMP: 01/25/2007

ORDER

This matter having come before the Court on a motion of Stuart Rabner, Attorney General of New Jersey, by Sarah B. Campbell, Deputy Attorney General, appearing on behalf of Devon Brown, pursuant to Fed.R.Civ.P. 45(c)(3), and the Court having considered the papers submitted herein, this matter being decided under Fed.R.Civ.P. 78 and for good cause shown;

IT IS on this 1st day of _____May_____, 2007;

ORDERED that Devon Brown's motion to quash the plaintiff's subpoena ad testificandum is hereby GRANTED; and it is further

ORDERED that counsel for Devon Brown shall serve a copy of this order on the following counsel of record:

  Daniel S. Weinstock, Esquire
  Counsel for plaintiff William Curtis
  Feldman, Shepherd, Wohlgelernter, Tanner, Weinstock
  25th Floor, 1645 Walnut Street
  Philadelphia, Pennsylvania 19103

-1-

Rosemary Pinto, Esquire
Counsel for plaintiff William Curtis
Feldman & Pinto
1604 Locust Street, 2R
Philadelphia, Pennsylvania 19103

Gary J. Lesneski, Esquire
Kerri E. Chewning, Esquire
Counsel for CMS defendants
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, New Jersey 08033.

_____, U.S.D.J.